7817695 1.232





U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 17 2023
CLERK, U.S. DISTRICT COURT
By MS
Deputy

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Dallas Division

| | | |
|---|---|---|
| Terrance Turner<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>**-v-**<br><br>"Wade Law Group"<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Case No. 3-23CV1139-E<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Service Zero Legal Division |
| Street Address | 45520 East Severn Way, Suite - 410 |
| City and County | Sterling |
| State and Zip Code | VA, 20166 |
| Telephone Number | (703) 831-7596 |
| E-mail Address | Legal@ServiceZeroProfessionalServices.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

7817695.1.233



Defendant No. 1

| | |
|---|---|
| Name | "Wade Law Group" |
| Job or Title *(if known)* | Company and Founder |
| Street Address | 262 East Main Street |
| City and County | Los Gatos |
| State and Zip Code | California, 95030 |
| Telephone Number | (888) 705-5059 |
| E-mail Address *(if known)* | "info@wadelitigation.com","gfiorentino@wadelitigation.com" |

Defendant No. 2

| | |
|---|---|
| Name | [ - N ∧ A - ] |
| Job or Title *(if known)* | [ - N ∧ A - ] |
| Street Address | [ - N ∧ A - ] |
| City and County | [ - N ∧ A - ] |
| State and Zip Code | [ - N ∧ A - ] |
| Telephone Number | [ - N ∧ A - ] |
| E-mail Address *(if known)* | [ - N ∧ A - ] |

Defendant No. 3

| | |
|---|---|
| Name | [ - N ∧ A - ] |
| Job or Title *(if known)* | [ - N ∧ A - ] |
| Street Address | [ - N ∧ A - ] |
| City and County | [ - N ∧ A - ] |
| State and Zip Code | [ - N ∧ A - ] |
| Telephone Number | [ - N ∧ A - ] |
| E-mail Address *(if known)* | [ - N ∧ A - ] |

Defendant No. 4

| | |
|---|---|
| Name | USSOCOM, FBI, CIA, NSA, Geo Spatial, GCHQ |
| Job or Title *(if known)* | Secret Service |
| Street Address | USPS |
| City and County | FedEx |
| State and Zip Code | Pfizer |
| Telephone Number | Merck |
| E-mail Address *(if known)* | USCENTCOM |

7817695.1.234





## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Juridiction Common Law, Breach of Contract, U.S. Business Law, U.S. Contract Law, Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, ~ Antitrust Laws, Unfair Market Competition Sec. 802 & Sec 808 H.R. 3162, H.R. 6166, 18 U.S.C. § 241, 1592
18 U.S.C. § 371, 18 U.S. Code § 1001, 1040, 1039, 1038, 1032, 1031
Negligence

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

 a. If the plaintiff is an individual

 The plaintiff, *(name)* "Terrance Turner", is a citizen of the State of *(name)* Virginia.

 b. If the plaintiff is a corporation

 The plaintiff, *(name)* Service Zero Legal Division, is incorporated under the laws of the State of *(name)* Virginia, and has its principal place of business in the State of *(name)* Virginia.

 *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

 a. If the defendant is an individual

 The defendant, *(name)* [ - N /\ A - ], is a citizen of the State of *(name)* [ - N /\ A - ]. Or is a citizen of *(foreign nation)* [ - N /\ A - ].

7817695.1.235



b. If the defendant is a corporation

The defendant, *(name)* [ - N Λ A - ] , is incorporated under the laws of the State of *(name)* [ - N Λ A - ] , and has its principal place of business in the State of *(name)* United States .

Or is incorporated under the laws of *(foreign nation)* The Constitution, Federal Govern. , and has its principal place of business in *(name)* North America .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$40,000,000 USD

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Company is involved in criminal involuntary, mandatory forced psychological testing, criminal psychological evaluation of results of unknown test-taking participants through Indeed.com and other sources. Plaintiff, "scored high" on a competency tricky examination (as all of them are), was immediately selected for a job interview and then immediately de-selected after test results received. This is indicative of a scam operation, where "billables fraud" is high induced upon the public, upon ALL multiple counties of California. The plaintiff, was provided strict orders from Federal District Judge JSC of The Northern District of California, "do NOT file in CA pending the trial and examination of "W"". The plaintiff is following instruction, and completing direction.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

This company, is a trickiy charlatan company, where your rights are explained before you, to you, in the ways of the 1970s, 1960s, 1950s disenfranchisement of divesity citizens of this country, inclusive to women. They are doing it "anyway", regardless of your "billables rights" posted on their website, which includes false charlatan advice guidance "Invalidating A Contract, Defending clients accused of contract breach is our area of expertise. We look for ways to invalidate the contract, or any vague clauses which may be unenforceable.". This group is legal malpractice experts, experts in the art of settling and not practiced in the art and science of performing cases. The plaintiff is due renumeration of settlement commissions of future lost earnings of multiple years...

7817695.1.236



...of employment. The company is spread far and wide within California, and a change of venue is demanded before filing of a summons, due to influence in aspects of the Los Angeles county court system and the middle district of california, but not the northern. The plaintiff group has multiple cases filed in the northern district of california and does not seek to abuse, nor misuse, overuse the court system of that venture and venue service to This Country The United States of America. Customers of California, believe that anyone speaking in basic plain and slow and seemingly kind language is someone that is not scamming them. This company advertises that they perform the insurance model of cosignment retention of services request of negotiable instrument.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/06/2023

Signature of Plaintiff

Printed Name of Plaintiff Terrance Turner

### B. For Attorneys

Date of signing: 05/06/2023

Signature of Attorney

Printed Name of Attorney Terrance Turner

Bar Number INTERPOL, SEC BAR 431170989

Name of Law Firm Service Zero Professional Services

Street Address ~

State and Zip Code Reston, VA 20190

Telephone Number (703) 831-7596

E-mail Address Legal@ServiceZeroProfessionalServices.com

7817695 1.226





JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Service Zero Legal Division, "Terrance Turner"

**(b)** County of Residence of First Listed Plaintiff Houston
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS**

"Wade Law Group"

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

RECEIVED
MAY 17 2023
MS
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [✓] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [✓] 4 |
| Citizen of Another State | [✓] 2 | [✓] 2 | Incorporated *and* Principal Place of Business In Another State | [✓] 5 | [✓] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [x] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
UCC, US Jurisdiction Common Law, Breach of Conract, US Business Law, US Contract Law, Fraud Statutes, Criminal Code, UCMJ, ~

Brief description of cause:
Criminal conduct, resulting in breach of contract all over the place, market damage and reputation harml performing anticipatory breach

**VII. REQUESTED IN COMPLAINT:**

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 40000000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:

JUDGE ____________ DOCKET NUMBER ____________

DATE 05/06/2023

SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP YES/on-behalf-US JUDGE ______ MAG. JUDGE ______


$ 016.30
Service Zero Legal Division
45520 East Severn Way
Suite 410
Sterling VA 20166
Legal@ServiceZeroProfessionalServices.com
0007817695000011
United States District Court
URGENT WAIVE/IFP - ON BEHALF OF UNITED STATES - CLERK NEW FILING CASE
1100 Commerce Street, ROOM 1452
Judge Godfrey
Dallas TX 75242
USA